**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DEMARCO, AN INDIVIDUAL
AND AS TRUSTEE FOR DEMARCO
FAMILY TRUST DATED NOVEMBER
21, 2001, A TRUST,
Appellant,
vs.
DORI S. KOHLBERG; AND PAMELA
SURASKY,
Respondents.

No. 64129

**FILED**

JUL 0 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Tracie K. Lindeman

cc: Hon. Gloria Sturman, District Judge
Christopher M. Keller
Dori S. Kohlberg
Pamela Surasky
Eighth District Court Clerk

14-22231